Eastern District of Kentucky
FILED

DEC 13 2006

AT PIKEVILLE
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

**V.** **INFORMATION NO.** 7:06-cr-30-KKC
**18 U.S.C. § 597**

**JOHNNY RAY TURNER**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

During the month of May, 2000, in Floyd County in the Eastern District of Kentucky,

**JOHNNY RAY TURNER,**

not willfully, did make expenditures by the distribution of campaign checks payable to various persons for the purpose of inducing them to vote for Johnny Ray Turner for state Senate, in an election held in part to select a candidate for Member of the United States House of Representatives, all in violation of 18 U.S.C. § 597.

AMUL R. THAPAR
UNITED STATES ATTORNEY

## PENALTIES

Not more than 1 year imprisonment, $100,000 fine, and not more than 1 year supervised release.

**PLUS:** Mandatory special assessment of $25 per Class A misdemeanor count

**PLUS:** Restitution, if applicable.